1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8   Cindi Staten,                        )        No.  CV-14-08200-PCT-SPL
                                         )
9                                        )
               Plaintiff,                )        **ORDER**
10  vs.                                  )
                                         )
11                                       )
    CIGNA Short-Term Disability Plan, et )
12  al.,                                 )
                                         )
13                                       )
               Defendants.               )
14  _____ )

15          Before the Court is the parties' Stipulation of Dismissal (Doc. 21). Having

16  considered the parties' request,

17          **IT IS ORDERED:**

18          1.      That the Stipulation of Dismissal (Doc. 21) is **granted**;

19          2.      That this action is **dismissed in its entirety with prejudice**;

20          3.      That each party shall bear its own costs and attorneys' fees; and

21          4.      That the Clerk of Court shall **terminate** this action.

22          Dated this 5th day of October, 2015.

23

24

25                                      Honorable Steven P. Logan
                                        United States District Judge
26

27

28